# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8979-SVW (RZx) | Date | April 1, 2010 |
|---|---|---|---|
| Title | Superguide Corp. v. Gemstar Devel. Corp. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re FURTHER HEARING RE: DEFENDANTS' MOTION FOR TO DISMISS [6]; DEFENDANT'S MOTION TO STRIKE [11]

The Court on its own motion CONTINUES the hearings scheduled on the above-listed motions to April 26, 2010 at 1:30 p.m. The April 5, 2010 and April 19, 2010 hearings are hereby VACATED.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |