QUINN EMANUEL URQUHART & SULLIVAN, LLP
Eric Emanuel (Bar No. 102187)
ericemanuel@quinnemanuel.com
Eric D. Winston (Bar No. 202407)
ericwinston@quinnemanuel.com
Shane H. McKenzie (Bar No. 228978)
shanemckenzie@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
(650) 801-5000

Attorneys for Defendant
Gemstar Development Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERGUIDE CORPORATION, a North Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEMSTAR DEVELOPMENT CORPORATION, a California Corporation.<br><br>Defendant. | Case No. CV09-8979-SVW (RZx)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Joint Stipulation filed concurrently]<br><br>Filing Date: December 7, 2009<br>Trial Date: vacated |

02435.51638/3685518.2

[PROPOSED] ORDER RE DISMISSAL W

1  Plaintiff SuperGuide ("SuperGuide") and Defendant Gemstar Development
2  Corporation ("Gemstar"), having entered into the Joint Stipulation to Dismiss the
3  Complaint With Prejudice and having filed same with the Court, and good cause being
4  shown therefore, IT IS HEREBY ORDERED that:
5      1.    All claims asserted in this action between SuperGuide and Gemstar
6  are hereby dismissed with prejudice.
7      2.    SuperGuide and Gemstar shall bear their own costs and fees
8  incurred in connection with this action, and waive any right to appeal from this or any
9  order in this action.

**IT IS SO ORDERED.**

DATED: _Sept 30_, 2010

_____
Stephen V. Wilson
United States District Court Judge